AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern       District of       New York

LIDIA ESCOBAR

V.

MERCK & COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CIV 5539

TO: (Name and address of Defendant)

MERK & COMPANY, INC.
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ 08889

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 1 3 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MARK P. ROBINSON, JR., ESQ., Bar #054426<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE<br>7TH FLOOR<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949) 720-1288  FAX No: (949) 720-1292 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of New York

Plaintiff: LIDIA ESCOBAR
Defendant: MERCK & COMPANY, INC.

| AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CIV 55397 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served: MERCK & COMPANY, INC.
   b. Person served: MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 818 West Seventh Street
   2nd Floor
   LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 01, 2008 (2) at: 9:55AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MERCK & COMPANY, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:   Fee for Service:   $28.00
   a. DOUG FORREST
   b. FIRST LEGAL SUPPORT SERVICES
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA 90071
   c. 213-250-1111

8. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL

(DOUG FORREST)

1889475;kc.marro.143477