Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation      :
---------------------------------------------------------x
*This Document Relates to:*                 :         1:06-md-1789 (JFK)
Lidia Escobar                                       :
v. Merck & Co., Inc.                            :
                                                           :
Case No: 1:08-cv-5539-JFK                 :         **Rule 7.1 Statement**
---------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
    July 22, 2008

                   Respectfully submitted,

                   HUGHES HUBBARD & REED LLP

                   By: /s/
                     Norman C. Kleinberg
                     Theodore V. H. Mayer
                     William J. Beausoleil

                   One Battery Park Plaza
                   New York, New York 10004-1482
                   (212) 837-6000
                   kleinber@hugheshubbard.com
                   mayer@hugheshubbard.com
                   beausole@hugheshubbard.com
                   *Attorneys for Defendant Merck & Co., Inc.*